

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**KATHLEEN M. LINNANE**
Assistant Corporation Counsel
Labor and Employment Law Division
Telephone: (212) 356-2467
E-mail: klinnane@law.nyc.gov

August 7, 2024

**By e-mail to slk@stewartkarlin.com**
Stewart Lee Karlin
Stewart Lee Karlin Law Group, P.C.
111 John Street, 22nd Floor
New York, NY. 10038

Re:  *Barrett v. New York City Department of Education*
No. 24-cv-00574(NCM)(RML)

Dear Mr. Karlin:

Please find attached, for service on you, a Motion to Dismiss the Amended Complaint and related documents with respect to the above-referenced action.

Sincerely,

/s/ *Kathleen M. Linnane*
Kathleen M. Linnane
Attorney for the Defendant