# STEWART LEE KARLIN LAW GROUP, P.C.
**Attorneys at Law**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**
slk@stewartkarlin.com

August 30, 2024

**VIA ECF and email to CronanNYSDChambers@nysd.uscourts.gov**
Honorable Natasha C. Merle
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

   RE:   Barrett v. The Department of Education of the City of New York
         24-cv-00574 (NCM) (RML)

Dear Judge Merle:

Plaintiff is writing this letter *on consent* to respectfully request a two-week extension of time to file opposition papers regarding Defendant's Motion to Dismiss from **September 6, 2024, to September 20, 2024,** and to have the reply papers from Defendant deadline moved from **September 16, 2024, to September 30, 2024**. I have spoken to Counsel for Defendant, who has graciously consented to Plaintiff's application for an extension. This is the first request by Plaintiff for an extension of time to serve Plaintiff's opposition papers to Defendant's Motion to Dismiss.

The reason for the extension request is that the undersigned has a confluence of other statutory deadlines and is also preparing for a jury trial in New York County Supreme Court scheduled to commence on September 9, 2024, in *Leone v. Brown-Forman* Index No. 151627/2019.

Thus, it is respectfully submitted that Plaintiff's brief extension request is reasonable under the circumstances.

Thank you for your consideration in this matter.

Very truly yours,

*/s/ Stewart Lee Karlin*
STEWART LEE KARLIN
SLK/cb

cc: Kathleen Linnane , ACC via ECF