**STEWART LEE KARLIN LAW GROUP, P.C.**
**Attorneys at Law**
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**
slk@stewartkarlin.com

September 30, 2024

**VIA ECF klinnane@law.nyc.gov**
Kathleen M. Linnane
Assistant Corporation Counsel
New York City Law Department | Labor and Employment Law Division
100 Church Street, 2-190
New York, New York 10007

RE:   Barrett v. The Department of Education of the City of New York
        24-cv-00574 (NCM) (RML)

Dear Ms. Linnane:

Please find attached, for service on the Defendant, Plaintiff's memorandum of law in opposition to Defendant's Motion to Dismiss.

Very truly yours,

STEWART LEE KARLIN
SLK/cb